UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § <br> COMPLAINT OF GRINGO § <br> HONEYMOON, CORP., as owner § <br> and/or owner pro hac vice of the § <br> M/V GRINGO HONEYMOON FOR § <br> EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY § | CIVIL ACTION NO. 3:18-CV-00124 |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

Pending before the Court are Claimant American Plastic Fab & Machine, Inc.'s Objections to the Magistrate's Memorandum and Recommendation Concerning Claimant American Plastic Fab & Machine, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction ("Objections"). Dkt. 66. On October 31, 2018, Claimant American Fab & Machine, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 28) was referred to Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 55. On November 27, 2018, Judge Edison filed a Memorandum and Recommendation (Dkt. 62) recommending that Claimant American Fab & Machine, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 28) be **DENIED**.

On December 10, 2018, Claimant American Fab & Machine, Inc. filed its Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the responses; the Memorandum and Recommendation; the pleadings and summary judgment record; and the briefing and arguments of the parties. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 62) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Claimant American Fab & Machine, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 28) be **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 9th day of January, 2019.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE